LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

Laura Sixkiller (*pro hac vice* forthcoming)
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel: 480.606.5100
Fax: 480.606.5101
laura.sixkiller@us.dlapiper.com
DLAPHX@us.dlapiper.com

*Attorneys for Defendants Allianz Global Risks US Insurance Company and The American Insurance Company*

**UNITED STATES DISTRICT COURT**

**IDSTRICT OF NEVADA**

| | |
|---|---|
| ABC Industrial Laundry d/b/a Universal Laundry Supply,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Allianz Global Corporate & Specialty, a foreign corporation; Allianz Global Risks US Insurance Company, a foreign corporation; The American Insurance Company, a foreign corporation; Does 1 through 20; Roe Corporations 1 through 20; inclusive,<br><br>　　　　　Defendants. | Case No: 2:21-cv-01029-APG-VCF<br>Dept. No.:<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The parties, by and through their respective attorneys of record, HEREBY STIPULATE AND AGREE, that Defendants shall have through and including **June 28, 2021**, within which to file and serve a response to Plaintiff's Complaint. This Stipulation is made in accordance with LR

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

IA 6-1 and LR 6-2, of the Local Rules of this Court and is recognition of this **Courts Order to Show Cause Why This Case Should Not Be Remanded for Lack of Subject Matter Jurisdiction** [Doc. No. 6] upon which the Defendants are required to show cause in writing not later than June 23, 2021.

The parties have entered into this Stipulation in good faith and not for purposes of delay.

DATED this 4th day of June, 2021.

| | |
|---|---|
| **LIPSON NEILSON P.C.** | **BRENSKE ANDREEVSKI & KRAMETBAUER** |
| */s/ Lisa J. Zastrow* | */s/ William R. Brenske* |
| _____ | _____ |
| JOSEPH P. GARIN, ESQ. (NV Bar No. 6653) | WILLIAM R. BRENSKE, ESQ. |
| LISA J. ZASTROW, ESQ. (NV Bar No. 9727) | JENNIFER R. ANDREEVSKI, ESQ. |
| 9900 Covington Cross Drive, Suite 120 | BRENSKE ANDREEVSKI & KRAMETBAUER |
| Las Vegas, Nevada 89144 | 3800 Howard Hughes Parkway, Suite 500 |
|  | Las Vegas, NV 89169 |
| Laura Sixkiller (*pro hac vice* forthcoming) | Telephone: (702) 385-3300 |
| **DLA PIPER LLP (US)** | Facsimile: (702) 385-3823 |
| 2525 East Camelback Road, Suite 1000 | Email: bak@baklawlv.com |
| Phoenix, Arizona 85016-4232 |  |
| Tel: 480.606.5100 | *Attorneys for Plaintiff* |
| Fax: 480.606.5101 |  |
| laura.sixkiller@us.dlapiper.com |  |
| DLAPHX@us.dlapiper.com |  |
| *Attorneys for Defendants* |  |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-7-2021 _____