# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY,<br><br>  Plaintiff<br><br>v.<br><br>ALLIANZ GLOBAL CORPORATE & SPECIALTY, ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, AND AMERICAN INSURANCE COMPANY<br><br>  Defendants | Case No.: 2:21-cv-01029-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendants Allianz Global Risks US Insurance Company and The American Insurance Company's response to the order to show cause (ECF No. 11),

I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not remand the case for lack of subject matter jurisdiction at this time.

DATED this 24th day of June, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE