LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

DLA PIPER LLP (US)
Laura Sixkiller (*pro hac vice* forthcoming)
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
(480) 606-5100 - Telephone
(480) 606-5101 - Facsimile
laura.sixkiller@us.dlapiper.com
DLAPHX@us.dlapiper.com

*Attorneys for Defendants Allianz Global Risks US Insurance Company and The American Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ABC INDUSTRIAL LAUNDRY D/B/A UNIVERSAL LAUNDRY SUPPLY, <br><br> PLAINTIFF, <br><br> v. <br><br> ALLIANZ GLOBAL CORPORATE & SPECIALTY, A FOREIGN CORPORATION; ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, A FOREIGN CORPORATION; THE AMERICAN INSURANCE COMPANY, A FOREIGN CORPORATION; DOES 1 THROUGH 20; ROE CORPORATIONS 1 THROUGH 20; INCLUSIVE, <br><br> DEFENDANTS. | Case No.: 2:21-cv-01029-APG-VCF <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** <br><br> (Assigned to Hon. Andrew P. Gordon) <br><br> **(Second Request)** |

The parties, by and through their respective attorneys of records, HEREBY STIPULATE AND AGREE, that Defendants shall have through and including **July 2, 2021**, within which to file and serve a response to Plaintiff's Complaint. This Stipulation is made in accordance with LR IA 6-1

Page 1 of 3

and LR IA 6-2, of the Local Rules of this Court. This is the second stipulation for extension of time for Defendants to respond to the Complaint.

The reason for the extension is to allow sufficient time for Defendants to finalize their response to the Complaint following the Court's decision on June 24, 2021 not to remand the case for lack of subject matter jurisdiction at this time (ECF No. 12). On June 2, 2021, the Court ordered Defendants to show cause concerning the existence of subject matter jurisdiction (ECF No. 6). Defendants and Plaintiff were unable to connect to confirm the citizenship of Plaintiff's members until June 22, 2021, after which, on June 23, Defendants filed their Response to Order to Show Cause Why This Case Should Not be Remanded for Lack of Subject Matter Jurisdiction (ECF No. 11). The next day, the Court issued its Order Deeming Order to Show Cause Satisfied (ECF No. 12). In obtaining the first extension to June 28, 2021, Defendants underestimated the amount of time necessary to prepare their response to the Complaint once they were assured the matter would not be remanded to state court. Defendants seek only four additional days. This short extension of time will not impact any deadlines. The parties have entered into this Stipulation in good faith and not for purposes of delay.

DATED this 28th day of June, 2021.

| | |
|---|---|
| **LIPSON NEILSON P.C.** | **BRENSKE ANDREEVSKI & KRAMETBAUER** |
| By: */s/ Lisa J. Zastrow* <br> JOSEPH P. GARIN, ESQ. (Nevada Bar No. 6653) <br> LISA J. ZASTROW, ESQ. (Nevada Bar No. 9727) <br> 9900 Covington Cross, Suite 120 <br> Las Vegas, Nevada 89144 | By: */s/ William R. Brenske* <br> WILLIAM R. BRENSKE, ESQ <br> JENNIFER R. ANDREEVSKI, ESQ. <br> 3800 Howard Hughes Parkway, Ste. 500 <br> Las Vegas, Nevada 89169 <br><br> *Counsel for Plaintiffs* |
| DLA PIPER LLP (US) <br> Laura Sixkiller (*pro hac vice* forthcoming*)* <br> 2525 East Camelback Road, Suite 1000 <br> Phoenix, Arizona 85016-4232 <br> *Counsel for Defendants* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-28-2021