WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 1806
JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 9095
RYAN D. KRAMETBAUER, ESQ.
Nevada Bar No. 12800
BRENSKE ANDREEVSKI & KRAMETBAUER
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 385-3300
Facsimile: (702) 385-3823
Email: bak@baklawlv.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## IN THE DISCTRICT OF NEVADA

| | |
|---|---|
| ABC Industrial Laundry d/b/a Universal Laundry Supply, <br><br> Plaintiffs, <br><br> v. <br><br> Allianz Global Corporate & Specialty, a foreign corporation; Allianz Global Risks US Insurance Company, a foreign corporation; The American Insurance Company, a foreign corporation; Does 1 through 20; Roe Corporations 1 through 20; inclusive <br><br> Defendants. | Case No.: 2:21-cv-01029 <br><br> Assigned to Hon. Andrew P. Gordon <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANTS ALLIANZ GLOBAL RISKS INSURANCE COMPANY AND THE AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Plaintiff ABC Industrial Laundry dba Universal Laundry Supply, by and through their counsel of record, William R. Brenske, Esq. of Brenske Andreevski and Krametbauer and Defendants Allianz Global Risks US Insurance Company and The American Insurance Company, by and through there counsel of record, Lisa J. Zastrow, Esq.. of Lipson Neilson, P.C. and Laura Sixkiller (pro hac vice) of DLA Piper, LLP hereby stipulate to 1.) Extending Plaintiffs deadline to oppose Defendants Allianz Global Risks Insurance Company and The American Insurance Company's Motion To Dismiss Plaintiffs Complaint from July 16, 2021 to August 3, 2021

2.) Extending the deadline for Defendants Allianz Global Risks Insurance Company and The American Insurance Company to Reply to Plaintiffs Opposition to Ausgust 12, 2021.

This stipulation is made in good faith and not for a dilatory purpose.

| DATED this 15th day of July 2021. | DATED this 21st day of July 2021. |
|---|---|
| **BRENSKE ANDREEVSKI & KRAMETBAUER** | **LIPSON NEILSON P.C.** |
| /S/ William Brenske | /S/Laura Sixkiller |
| WILLIAM R. BRENSKE, ESQ.<br>Nevada Bar No. 1806<br>JENNIFER R. ANDREEVSKI, ESQ.<br>Nevada Bar No. 9095<br>RYAN D. KRAMETBAUER, ESQ.<br>Nevada Bar No. 12800<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff ABC Industrial Laundry d/b/a Universal Laundry Supply* | LISA J. ZASTROW, ESQ.<br>Nevada Bar No. 9727<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>DLA PIPER LLP (US)<br>Laura Sixkiller (*pro hac vice*)<br>2525 East Camelback Road, Suite 1000<br>Phoenix, Arizona 85016-4232<br>*Attorneys for Defendants Allianz Global Risks US Insurance Company and The American Insurance Company* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 21, 2021