LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

Laura Sixkiller (*pro hac vice*)
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
laura.sixkiller@us.dlapiper.com
DLAPHX@us.dlapiper.com

*Attorneys for Defendants Allianz Global Risks US Insurance*
*Company and The American Insurance Company*

# UNITED STATES DISTRICT COURT

## IDSTRICT OF NEVADA

| | |
|---|---|
| ABC Industrial Laundry d/b/a Universal Laundry Supply,<br><br>                    Plaintiffs,<br><br>v.<br><br>Allianz Global Corporate & Specialty, a foreign corporation; Allianz Global Risks US Insurance Company, a foreign corporation; The American Insurance Company, a foreign corporation; Does 1 through 20; Roe Corporations 1 through 20; inclusive,<br><br>                    Defendants.<br>_____ | Case No: 2:21-cv-01029-APG-VCF<br>Dept. No.:<br><br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STIPULATED DISCOVERY PLAN PURSUANT TO FRCP 26(f)**<br><br>**(First Request)** |

Defendants Allianz Global Risk US Insurance and The American Insurance Company ("Defendants") and ABC Industrial Laundry d/b/a Universal Laundry Supply ("Plaintiff"), by and through their respective attorneys of record, HEREBY STIPULATE AND AGREE, that the Parties

LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

shall have through and including **July 30, 2021**, within which to file and serve the Joint Stipulated

Discovery Plan Pursuant to FRCP 26(f) and LR26-1.  This Stipulation is made after consultation

among the Parties to accommodate conflicts which have recently arisen, and is not made for

purposes of delay.

The parties have entered into this Stipulation in good faith and, again not for purposes of delay.

DATED this 27th day of July, 2021.

**LIPSON NEILSON P.C.**

*/s/  Lisa J. Zastrow*
_____
JOSEPH P. GARIN, ESQ. (NV Bar No. 6653)
LISA J. ZASTROW, ESQ. (NV Bar No. 9727)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

Laura Sixkiller (*pro hac vice*)
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
Tel:  480.606.5100
Fax: 480.606.5101
laura.sixkiller@us.dlapiper.com
DLAPHX@us.dlapiper.com

*Attorneys for Defendants Allianz Global Risks*
*US Insurance Company and The American*
*Insurance Company*

**IT IS SO ORDERED.**

**BRENSKE ANDREEVSKI & KRAMETBAUER**

*/s/ William R. Brenske*
_____
WILLIAM R. BRENSKE, ESQ.
JENNIFER R. ANDREEVSKI, ESQ.
BRENSKE ANDREEVSKI &
KRAMETBAUER
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 385-3300
Facsimile: (702) 385-3823
Email: bak@baklawlv.com

*Attorneys for Plaintiff*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:____7-28-2021_____

LIPSON NEILSON P.C.

9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512